FILED
10/17/22 1:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 21-22494-GLT |
| | : | |
| **JEROME J. NYPAVER** | : | Chapter 13 |
| | : | |
| *Debtor.* | : | Related to Dkt. No. 49 |
| | : | |

# ORDER

This matter came before the Court upon consideration of the *Motion to File Claim After Claims Bar Date* [Dkt. No. 49] filed by creditor Lycaste LLC.  Upon review, the Court finds that the motion does not meet the standard for a late-filed proof of claim.  In a chapter 13 case, a proof of claim is timely if it is filed not later than 70 days after the order for relief under that chapter.[1]  Absent applicability of any of the seven exceptions set forth in the bankruptcy rules governing time for filing proofs of claim, a bankruptcy court lacks authority to enlarge the time allowed for secured creditors to file a proof of claim in a chapter 13 case.[2]  Lycaste LLC has not alleged the existence of any of the seven exceptions, nor does it appear that any apply.  For the foregoing reasons it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that creditor Lycaste LLC's *Motion to File Claim After Claims Bar Date* [Dkt. No. 49] is **DENIED**.  The hearing scheduled for November 2, 2022 is CANCELLED.

Dated: October 17, 2022

_____
GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] See FED. R. BANKR. P. 3002(c)
[2] Id.; see also In re Heyden, 570 B.R. 489, 493 (Bkrtcy.W.D.Pa., 2017).