File No.: 13198

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 21-22494 GLT |
| | : | |
| Jerome J. Nypaver, | : | Chapter 13 |
| | : | |
| Debtor. | : | Document No. |

SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING
CONFIRMED PLAN ON FINAL BASIS / CHAPTER 13 PLAN
DATED DECEMBER 8, 2021

The undersigned hereby certifies that agreement has been reached with the Chapter 13 Trustee, Ronda J. Winnecour, regarding the Final confirmation of the Chapter 13 Plan Dated December 8, 2021.

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

☐   An agreed order and a black-lined version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel.  Deletions are signified by a line in the middle of the original (strikeout) and additions are signified by text in italics.  It is respectfully requested that the attached order be entered by the Court.

■   No other order has been filed pertaining to the subject matter of this agreement.

■   The attached document does not require a proposed order.  (The attached document is a proposed order).

Dated: October 28, 2022

By: /s/ Daniel R. White
Daniel R. White, Esquire
Zebley Mehalov & White, P.C.
18 Mill Street Square
Uniontown, PA 15401
PA I.D. 78718
724-439-9200
Email:  dwhite@Zeblaw.com
Attorney for Debtor

PAWB Local Form 26 (06/17)