IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Jerome J. Nypaver | | |
| Debtor(s) | | CHAPTER 13 |
| LYCASTE LLC | | |
| Movant | | |
| vs. | | NO. 21-22494 GLT |
| Jerome J. Nypaver | | |
| Debtor(s) | | |
| Ronda J. Winnecour | | |
| Trustee | | |

**CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, LYCASTE LLC, holder of a mortgage on real property known as 64 Oakland Avenue, Uniontown PA 15401, with the consent of Daniel R. White, Esq., counsel for the Debtor, Jerome J. Nypaver,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor filed its proof of claim on October 18, 2022 as claim number seven (7) on the claims register; and

It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim is hereby deemed allowed; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Debtor reserves her right to object to Secured Creditor's proof of claim.

I hereby agree and consent to the above terms and conditions:    Dated: 12/5/22

/s/ Denise Carlon
_____
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:    Dated: 12/1/22

_____
DANIEL R. WHITE, ESQ., ATTORNEY FOR DEBTOR

I hereby agree and consent to the above terms and conditions:    Dated: 12/1/22

/s/ James C. Warmbrodt, Esquire for *
_____
RONDA J. WINNECOUR., TRUSTEE
* no objection its terms, without prej\udice to any of our rights and remedies