FILED
12/15/22 4:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Jerome J. Nypaver | Debtor(s) | CHAPTER 13 |
| LYCASTE LLC | Movant | |
| vs. | | NO. 21-22494 GLT |
| Jerome J. Nypaver | Debtor(s) | Related Dkt. No. 60 |
| Ronda J. Winnecour | Trustee | |

**CONSENT ORDER ALLOWING MODIFIED CLAIM**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, LYCASTE LLC, holder of a mortgage on real property known as 64 Oakland Avenue, Uniontown PA 15401, with the consent of Daniel R. White, Esq., counsel for the Debtor, Jerome J. Nypaver, and the Debtor having filed a chapter 13 plan that included a mortgage obligation owed to Cilici, LLC on account of property located at 64 Oakland Ave, Uniontown, PA, and pursuant to Section 8.7 of the plan, such inclusion constitutes a claim in accordance with Fed.R.Bankr.P.3004.

It is further ORDERED, ADJUDGED and DECREED that Secured Creditor filed its Proof of claim on October 18, 2022 as claim number seven (7) on the claims register; and

It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim is hereby deemed to be an amendment of the claim included in the chapter 13 plan and is deemed allowed in the absence of a timely objection; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Debtor reserves her right to object to Secured Creditor's proof of claim.

I hereby agree and consent to the above terms and conditions:    Dated: 12/5/22

/s/ Denise Carlon

DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:    Dated: 12/1/22

DANIEL R. WHITE, ESQ., ATTORNEY FOR DEBTOR

I hereby agree and consent to the above terms and conditions:    Dated: 12/1/22

/s/ James C. Warmbrodt, Esquire for *

RONDA J. WINNECOUR., TRUSTEE

* no objection its terms, without prej\udice to any of our rights and remedies

SO ORDERED this 15th day of December 2022

GREGORY L. TADDONIO    hct
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 21-22494-GLT
Jerome J. Nypaver | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Dec 15, 2022      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jerome J. Nypaver, 64 Oakland Avenue, Uniontown, PA 15401-2819 |
| cr | + | Lycaste llc, 2003 Western Avenue, Suite 340, Seattle, WA 98121-2162 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lycaste llc bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Cilici  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor LYCASTE  LLC bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Jerome J. Nypaver lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Denise Carlon | on behalf of Creditor Lycaste llc dcarlon@kmllawgroup.com |
| Denise Carlon | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Dec 15, 2022 | Form ID: pdf900 | Total Noticed: 2 |

        on behalf of Creditor LYCASTE  LLC dcarlon@kmllawgroup.com

Denise Carlon
        on behalf of Creditor Cilici  LLC dcarlon@kmllawgroup.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

TOTAL: 9