File No.: 13198

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 21-22494 GLT |
| | : | |
| Jerome J. Nypaver, | : | Chapter 13 |
| | : | |
|     Debtors. | : | Document No. |
| | : | |
| Jerome J. Nypaver, | : | Related to Document No. |
| | : | |
|     Movant, | : | Related to Claim No. 7-2 |
| | : | |
| vs. | : | Responses Due : March 6, 2023 |
| | : | |
| Lycaste, LLC and Ronda J. Winnecour, Chapter 13 Trustee, | : | Hearing Date and Time : Wednesday, April 5, 2023 at 10:00 a.m. |
| | : | |
|     Respondents. | : | |

CERTIFICATION OF NO OBJECTION TO OBJECTION
TO NOTICE OF POST PETITION FEES, EXPENSES AND CHARGES OF LYCASTE, LLC

    The undersigned hereby certifies that, as of the date March 7, 2023, hereof, no answer, objection or other responsive pleading to the Objection to Notice of Post-Petition Fees, Expenses and Charges of Lycaste, LLC filed on February 16, 2023, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading appears thereon. Pursuant to the Court's Order, objections to Debtors' objection were to be filed and served no later than March 6, 2023.

    It is hereby respectfully requested that the Order attached to the Objection to Notice of Post-Petition Fees, Expenses and Charges be entered by the Court.

Dated: March 7, 2023

    ZEBLEY MEHALOV & WHITE, P.C.

/s/ Daniel R. White
Daniel R. White
Pa. I.D. No. 78718
P.O. Box 2123
Uniontown, PA 15401
Email: dwhite@Zeblaw.com
Telephone (724) 439-9200
Attorneys for Debtor