File No.: 13198

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 21-22494 GLT |
| | : | |
| Jerome J. Nypaver, | : | Chapter 13 |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| Jerome J. Nypaver, | : | Related to Document No. |
| | : | |
| Movant, | : | Related to Claim No. 7-2 |
| | : | |
| vs. | : | Hearing Date and Time : Wednesday, April 5, 2023 at 10:00 a.m. |
| | : | |
| Lycaste, LLC and Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| | : | |
| Respondents. | : | |

CERTIFICATE OF SERVICE OF OBJECTION TO NOTICE OF POST PETITION FEES, <u>EXPENSES AND CHARGES AND THE COURT'S MARCH 8, 2023 ORDER</u>

  I, the undersigned, certify that I served or caused to be served, on March 8, 2023 copies of the Notice of Post Petition Fees, Expenses and Charges and the Court's March 8, 2023 Order upon Ronda J. Winnecour, Chapter 13 Trustee via electronic mail and upon each of the following persons and parties in interest at the addresses shown below:

    KML Law Group
    Attn: Denise Carlton, Esquire
    BNY Mellon Independence Center
    701 Market Street--Suite 5000
    Philadelphia, PA 19106

    Lycaste, LLC
    Attn: Bankruptcy Department
    2003 Western Avenue- Suite 340
    Seattle, WA 98121

Method of Service:  First-Class Mail, postage prepaid
Total Number of Parties Served: 2
Date Executed: March 8, 2023

            ZEBLEY MEHALOV & WHITE, P.C.

            /s/ Daniel R. White
            Daniel R. White
            Pa. I.D. No. 78718
            P.O. Box 2123
            Uniontown, PA 15401
            Email: dwhite@Zeblaw.com
            Telephone  (724) 439-9200
            Attorneys for Debtors