**Form 106–C**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

CASE NAME: Jerome J. Nypaver

CASE NUMBER: 21–22494–GLT

RELATED TO DOCUMENT NO: N/A

**NOTICE REGARDING
NONCONFORMING DOCUMENT**

The Withdrawal of Notice of Mortgage Payment Change Re: Claim No. 7 that you submitted has
been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal
Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

THE WITHDRAWAL OF NOTICE OF MORTAGE PAYMENT CHANGE WAS FILED
ELECTRONICALLY USING AN INCORRECT EVENT.

You must file the Withdrawal on paper with the Clerk's Office, being sure to include a handwritten
signature, within seven (7) days of the date of this notice.

This deadline does not affect any other deadlines in this bankruptcy case.

**Please attach a copy of this Notice to the front of the Withdrawal of Notice of Mortgage
Payment Change that is filed in response to this Notice.**

Dated this The 24th of March, 2023

Michael R. Rhodes
Clerk
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 21-22494-GLT

Jerome J. Nypaver                                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                        User: auto                              Page 1 of 2

Date Rcvd: Mar 24, 2023                     Form ID: 106c                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2023:**

**Recip ID              Recipient Name and Address**
        + Taylor Bartle, Weinstein & Riley, P.S., 2001 Western Ave. Ste. 400, Seattle, WA 98121-3132


TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


Date: Mar 26, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2023 at the address(es) listed
below:**

| Name | Email Address |
|------|---------------|
| Brian Nicholas | |
| | on behalf of Creditor Cilici LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor LYCASTE LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor Lycaste llc bnicholas@kmllawgroup.com |
| Daniel R. White | |
| | on behalf of Debtor Jerome J. Nypaver lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Denise Carlon | |
| | on behalf of Creditor Lycaste llc dcarlon@kmllawgroup.com |
| Denise Carlon | |
| | on behalf of Creditor LYCASTE LLC dcarlon@kmllawgroup.com |

District/off: 0315-2                          User: auto                                   Page 2 of 2
Date Rcvd: Mar 24, 2023                       Form ID: 106c                              Total Noticed: 1

Denise Carlon
                    on behalf of Creditor Cilici  LLC dcarlon@kmllawgroup.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com


TOTAL: 9