File No.: 13198

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 21-22494 GLT |
| | : | |
| Jerome J. Nypaver, | : | Chapter 13 |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| Jerome J. Nypaver, | : | Related to Document No. |
| | : | |
| Movant, | : | Related to Claim No. 7-2 |
| | : | |
| vs. | : | |
| | : | |
| Lycaste, LLC/SN Servicing and Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| | : | |
| Respondents. | : | |

CERTIFICATION OF NO OBJECTION TO OBJECTION TO NOTICE
OF MORTGAGE PAYMENT CHANGE OF LYCASTE, LLC/SN SERVICING

  The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Notice of Mortgage Payment Change of Lycaste, LLC/SN Servicing filed on March 16, 2023, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading appears thereon. Pursuant to the Court's Order, objections to Debtor's objection were to be filed and served no later than April 3, 2023.

  It is hereby respectfully requested that the Order attached to the Objection to Notice of Mortgage Payment Change be entered by the Court.

Dated: April 4, 2023

                ZEBLEY MEHALOV & WHITE, P.C.

                /s/ Daniel R. White
                Daniel R. White
                Pa. I.D. No. 78718
                P.O. Box 2123
                Uniontown, PA 15401
                Email: dwhite@Zeblaw.com
                Telephone (724) 439-9200
                Attorneys for Debtor