File No.: 13198

FILED
4/5/23 3:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Case No. 21-22494 GLT |
| Jerome J. Nypaver, | Chapter 13 |
|    Debtor. | Document No. |
| Jerome J. Nypaver, | Related to Document No. 71 |
|    Movant, | Related to Claim No. 7-2 |
| vs. | |
| Lycaste, LLC/SN Servicing and Ronda J. Winnecour, Chapter 13 Trustee, | |
|    Respondents. | |

## ORDER

AND NOW, this __5th__ day of __April__, 2023, based upon the objection of Debtor to the Notice to Mortgage Payment Change of Lycaste, LLC/ SN Servicing, it is hereby ORDERED that the Notice of Payment Change filed on March 9, 2023 by Lycaste, LLC/ SN Servicing, is STRICKEN. The monthly payment due to Lycaste, LLC/ SN Servicing is governed by Debtor's Chapter 13 plan.

Movant shall serve a copy of this Order and the Motion on the respondent(s), their counsel, the Trustee, and the U.S. Trustee. Movant shall file a certificate of service within three (3) business days.

Prepared by: __Daniel White, Esq.__

**DEFAULT ENTRY**

Dated: April 05, 2023

_____ jlm
Gregory L. Taddonio
Chief United States Bankruptcy Judge