File No.: 13198

4/5/23 3:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Case No. 21-22494 GLT |
| Jerome J. Nypaver, | Chapter 13 |
| Debtor. | Document No. |
| Jerome J. Nypaver, | Related to Document No. 71 |
| Movant, | Related to Claim No. 7-2 |
| vs. | |
| Lycaste, LLC/SN Servicing and Ronda J. Winnecour, Chapter 13 Trustee, | |
| Respondents. | |

## ORDER

AND NOW, this __5th__ day of __April__, 2023, based upon the objection of Debtor to the Notice to Mortgage Payment Change of Lycaste, LLC/ SN Servicing, it is hereby ORDERED that the Notice of Payment Change filed on March 9, 2023 by Lycaste, LLC/ SN Servicing, is STRICKEN. The monthly payment due to Lycaste, LLC/ SN Servicing is governed by Debtor's Chapter 13 plan.

Movant shall serve a copy of this Order and the Motion on the respondent(s), their counsel, the Trustee, and the U.S. Trustee. Movant shall file a certificate of service within three (3) business days.

Prepared by: __Daniel White, Esq.__

**DEFAULT ENTRY**

Dated: April 05, 2023

_____ jlm
Gregory L. Taddonio
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 21-22494-GLT
Jerome J. Nypaver    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 2
Date Rcvd: Apr 05, 2023    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jerome J. Nypaver, 64 Oakland Avenue, Uniontown, PA 15401-2819 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Cilici LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor LYCASTE LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Lycaste llc bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Jerome J. Nypaver lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Denise Carlon | on behalf of Creditor Lycaste llc dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor LYCASTE LLC dcarlon@kmllawgroup.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Apr 05, 2023 | Form ID: pdf900 | Total Noticed: 1

Denise Carlon
 on behalf of Creditor Cilici  LLC dcarlon@kmllawgroup.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

TOTAL: 9