Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Jerome J. Nypaver** | : | Case No. 21−22494−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related Dkt. No. 84 |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

     *AND NOW,* this ***The 1st of February, 2024,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

     (1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

     (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

     (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

     (4)  The Clerk shall give notice to all creditors of this dismissal.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-22494-GLT |
| Jerome J. Nypaver | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Feb 01, 2024 | Form ID: 309 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jerome J. Nypaver, 64 Oakland Avenue, Uniontown, PA 15401-2819 |
| cr | + | Lycaste llc, 2003 Western Avenue, Suite 340, Seattle, WA 98121-2162 |
| 15627635 | + | Bonifera LLC as serviced by Land Home Financial, Services, 3611 South Harbor Blvd Suite 100, Santa Ana, CA 92704-7915 |
| 15432388 | + | CILICI, LLC, c/o Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301-2699 |
| 15432394 | + | Nationwide Insurance, P.O. Box 13958, Philadelphia, PA 19101-3958 |
| 15432397 | + | Richard M. Squire & Associates, One Jenkintown Station, 115 West Avenue--Suite 104, Jenkintown, PA 19046-2031 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Feb 02 2024 05:06:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2024 00:20:20 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15441866 | | EDI: PHINAMERI.COM | Feb 02 2024 05:06:00 | Americredit Financial Services, Inc., Dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15432387 | | EDI: CAPITALONE.COM | Feb 02 2024 05:06:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15432389 | + | EDI: CITICORP | Feb 02 2024 05:06:00 | CitiMortgage, P.O. Box 9001067, Louisville, KY 40290-1067 |
| 15432390 | + | EDI: CCS.COM | Feb 02 2024 05:06:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15432391 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 02 2024 00:14:00 | EOS CCA, 700 Longwater Drive, Norwell, MA 02061-1624 |
| 15432392 | | EDI: AMINFOFP.COM | Feb 02 2024 05:06:00 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 15432393 | + | EDI: PHINAMERI.COM | Feb 02 2024 05:06:00 | GM Financial, Bankrutpcy Department, P.O. Box 183853, Arlington, TX 76096-3853 |
| 15446458 | | EDI: JEFFERSONCAP.COM | Feb 02 2024 05:06:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 15434647 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2024 00:19:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15438071 | | EDI: PENNDEPTREV | Feb 02 2024 05:06:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15438071 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 02 2024 00:14:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

Case 21-22494-GLT   Doc 87   Filed 02/03/24   Entered 02/04/24 00:28:14   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 01, 2024 | Form ID: 309 | Total Noticed: 24 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 15432395 | EDI: PRA.COM | Feb 02 2024 05:06:00 | Portfolio Recovery, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15445682 | EDI: PRA.COM | Feb 02 2024 05:06:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15432841 | EDI: PENNDEPTREV | Feb 02 2024 05:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15432841 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 02 2024 00:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15526329 | Email/Text: bknotices@snsc.com | Feb 02 2024 00:14:00 | SN Servicing Corp., 323 5th Street, Eureka, CA 95501 |
| 15432396 | Email/Text: bkteam@selenefinance.com | Feb 02 2024 00:14:00 | Selene Finance, 9990 Richmond--Suite 400 South, Houston, TX 77042-4546 |
| 15432398 | + EDI: VERIZONCOMB.COM | Feb 02 2024 05:06:00 | Verizon Wireless Bankruptcy Admin., 500 Technology Drive--Suite 500, Weldon Springs, MO 63304-2225 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cilici, LLC |
| cr | | LYCASTE, LLC |
| cr | | Land Home Financial Services, Inc. |
| 15442018 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 03, 2024          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel R. White | on behalf of Debtor Jerome J. Nypaver lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Denise Carlon | on behalf of Creditor Lycaste llc dcarlon@kmllawgroup.com |
| Denise Carlon | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Feb 01, 2024 | Form ID: 309 | Total Noticed: 24 |

        on behalf of Creditor LYCASTE  LLC dcarlon@kmllawgroup.com

Denise Carlon

        on behalf of Creditor Cilici  LLC dcarlon@kmllawgroup.com

Office of the United States Trustee

        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

        cmecf@chapter13trusteewdpa.com

TOTAL: 6