# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>JEROME J. NYPAVER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:21-22494 GLT<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 11/18/2021 and confirmed on 01/24/2022 . The case was subsequently
(B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 18,399.99 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 18,399.99 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,812.14 | |
|   Trustee Fee | 729.85 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,541.99 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BONIFERA LLC | 0.00 | 11,469.03 | 0.00 | 11,469.03 |
|     Acct: 0067 | | | | |
|   BONIFERA LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0067 | | | | |
|   BONIFERA LLC | 128,929.40 | 0.00 | 0.00 | 0.00 |
|     Acct: 0067 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 7,787.85 | 2,836.95 | 547.01 | 3,383.96 |
|     Acct: 7217 | | | | |
| | | | | 14,852.99 |
| **Priority** | | | | |
|   DANIEL R WHITE ESQ(++) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEROME J. NYPAVER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEROME J. NYPAVER | 5.01 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC(++) | 4,500.00 | 2,812.14 | 0.00 | 0.00 |
|     Acct: | | | | |

| 21-22494 GLT | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.01 | 5.01 | 0.00 | 5.01 |
| Acct: XXXXXXXXXXXXXXXXXX2494 | | | | |
| BONIFERA LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0067 | | | | |
| | | | | 5.01 |
| **Unsecured** | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 465.21 | 0.00 | 0.00 | 0.00 |
| Acct: 0414 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 459.68 | 0.00 | 0.00 | 0.00 |
| Acct: 5194 | | | | |
| NATIONWIDE INSURANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8053 | | | | |
| PA DEPARTMENT OF REVENUE* | 71.50 | 0.00 | 0.00 | 0.00 |
| Acct: 5113 | | | | |
| VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2248 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8831 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7298 | | | | |
| RICHARD M SQUIRE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ELIZABETH NYPAVER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EOS CCA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\*N O N E\*\*\*

| TOTAL PAID TO CREDITORS | | 14,858.00 |
|---|---|---|

TOTAL CLAIMED
| PRIORITY | 5.01 |
|---|---|
| SECURED | 136,717.25 |
| UNSECURED | 996.39 |

Date: 07/10/2024                                                                                          /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com